# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEROME ISREAL,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. FERRARA, et al.,<br><br>Defendants. | No. 2:19-CV-1011-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

**Dated: August 13, 2019**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1